No. 10–9149. CRUZ LOPEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–9150. MARTIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9153. SIMON v. CITY OF ATLANTA, GEORGIA, ET AL. Ct. App. Ga. Certiorari denied.

No. 10–9154. PRADO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–9155. PETTIGREW v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9157. AINOOSON v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 10–9159. STRATTON v. TEXAS (four judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 10–9161. DABBS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–9165. ROSS v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–9168. LACY v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–9181. WELCH v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–9182. WILKINS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–9183. WHITLOCK v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–9191. MOJARRO v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.